[Nos. 44182-5-I; 44115-9-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY W. JOHNSON, *Petitioner.*

THE STATE OF WASHINGTON, *Petitioner,* v. MARY A. LAURENT, *Respondent.*

The opinion in the above captioned case, which appeared in the advance sheets at 100 Wn. App. 917-25, has been omitted from this permanent bound volume pursuant to an order of the Court of Appeals dated January 29, 2001 directing that the opinion not be published.